AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| | ) |
| David C. Williams | ) Case No. 3:19mj185 |
| | ) FILED August 9, 2019 |
| | ) (Date) |
| Defendant(s) | |

NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) HTC

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of July 1, 2017 - Present   in the county of   Escambia   in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 1952(a)(3) and 1956(h) | -Interstate travel/use of a facility in aid of racketeering and money laundering conspiracy |
| 8 U.S.C. Section 1324(a)(1) | -Harboring illegal aliens for commercial advantage or private financial gain |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent John Canning
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Aug. 9, 2019

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Hope T. Cannon
*Printed name and title*