IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FILED August 9, 2019
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials)

UNITED STATES OF AMERICA

v.                                               Case No. 3:19 mj 185

DAVID C. WILLIAMS

_____/

## SEALED MOTION REQUESTING AN ORDER SEALING THE AFFIDAVIT AND CRIMINAL COMPLAINT

The United States of America requests this Court issue an Order sealing the Affidavit underlying the criminal complaint in the above matter and in support of this motion states as follows:

1. The Affidavit and Criminal Complaint detail information concerning the investigation of the criminal conduct of known individuals engaged in long term human trafficking related behavior, and they disclose specific evidence uncovered in the investigation to date. The release of this information could severely jeopardize an ongoing investigation into the criminal activity of the above noted defendant and those who have yet to be positively identified.

2. The United States moves the Court that the Affidavit and Criminal Complaint in this matter shall remain **sealed** until further written Order of this Court

so as to protect the integrity of the investigation as well as the privacy interests of the defendant.

WHEREFORE, the Government respectfully requests that the Court order the sealing of the Affidavit and Criminal Complaint in this matter.

Respectfully submitted,

LAWRENCE KEEFE
UNITED STATES ATTORNEY

/s/ David L. Goldberg
DAVID L. GOLDBERG
Assistant United States Attorney
Member of the Maryland Bar
21 East Garden Street, Suite 300
Pensacola, Florida 32502
(850) 444-4000

## ORDER

The Government's motion is granted.

DONE AND ORDERED this the 9th day of August, 2019.

Hope Thai Cannon
UNITED STATES MAGISTRATE JUDGE