UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                                                          Case No. 3:19-mj-185

DAVID C. WILLIAMS
_____/

ORDER

Defendant having appeared before the Court, and having been examined by the undersigned, and the Court having determined from the sworn testimony of the Defendant that said Defendant appears to qualify for the appointment of counsel pursuant to the provisions of the Criminal Justice Act, it is hereby **ORDERED**:

The **FEDERAL PUBLIC DEFENDER**, Blount Building, Suite 200, 3 West Garden Street, Pensacola, Florida 32502, telephone number (850) 432-1418, is appointed temporarily to represent this Defendant and serve as counsel of record in the above-styled cause **through the detention hearing scheduled for Tuesday, August 20, 2019 at 2:00 P.M**. The Defendant has indicated a desire to retain private counsel and a status conference will be held on **August 20, 2019**, to determine whether private counsel has been retained or whether Defendant is eligible for the appointment of counsel through the remainder of the proceedings.

Further proceedings will be held before the United States District Court AS DIRECTED. The Defendant is presently in custody. If a Criminal Justice Act (CJA)

3:19-mj-185

panel attorney is selected by the Public Defender as Defendant's attorney, this order authorizes payment of the CJA attorney for work on behalf of Defendant from the time that attorney was contacted by the Public Defender to take the case and agreed to take the case, even though that work predated this order.  The pretrial service officer is hereby authorized to provide copies of the Defendant's criminal history to both parties.

    **DONE** and **ORDERED** this 15th day of August, 2019.


*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**