United States District Court

Hearing Time: 2:00 pm

CRIMINAL MINUTES - GENERAL

**Time Commenced** 2:41 pm                        Case # 3:19mj185/HTC

Time Concluded: 2:48 pm                           Date 8/20/19

Status Conference: Defendant waives detention/preliminary hearing and request rescheduling of status conference for Wednesday, August 28, 2019 at 2:00 p.m.

---

PRESENT: HON. Hope T. Cannon , MAGISTRATE JUDGE      Irma McCain-Coby
                                                     Deputy Clerk
                         Donna Boland               David Goldberg
      USPO              Court Reporter             Asst. U.S. Attorney

U.S.A. vs. **David Williams**
           X present      ____ custody     ____ bond     X  O/R

           **Lauren Cobb**      X    Apptd.
           Present
           Attorneys for Defendant