IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.

                                                  Case No. 3:19-mj-185/HTC

DAVID CLAYTON WILLIAMS,
    Defendant.
_____/

## MOTION TO SUBSTITUTE COUNSEL

The undersigned attorney, Donald M. Sheehan, moves this court for an order substituting Donald M. Sheehan for Lauren Cobb, Assistant Federal Public Defender, as the attorney for David C. Williams in the above pending case and as grounds for the court to grant the motion would show that:

1. The defendant, David C. Williams, was arrested and he initially appeared in federal court on August 15, 2019. He is charged by criminal complaint with several felony offenses. He has not yet been indicted.

2. Mr. Williams requested that the court appoint him an attorney, which the court did. The office of the Federal Public Defender was appointed to represent him and assigned Assistant Federal Public Defender, Lauren Cobb to represent him.

3. Mr. Williams has retained attorney Donald M. Sheehan to represent him. Mr. Sheehan filed his Notice of Appearance on August 30, 2019.

WHEREFORE, Movant prays that the Court will grant this motion.

RESPECTFULLY SUBMITTED on August 30th, 2019.

/s/Donald M. Sheehan_____
DONALD M. SHEEHAN
1500 WEST GARDEN STREET
PENSACOLA, FLORIDA  32502
TELEPHONE: (850) 432-3034
Email: palemoon@sprynet.com
FLORIDA BAR NO.: 464724
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on August 30th, 2019. I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following: David Goldberg Esquire, Assistant United States Attorney, 21 East Garden Street, Pensacola, Florida 32502-3675.

/s/Donald M. Sheehan_____
DONALD M. SHEEHAN