UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                      Case No. 3:19mj185

DAVID C. WILLIAMS

## NOTICE OF HEARING

TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| | |
|---|---|
| Place: | Winston E. Arnow, Federal Building<br>One Hundred North Palafox Street<br>Pensacola, Florida 32502-5658 |
| Room No: | First Floor Courtroom (Magistrate Judge Elizabeth M. Timothy) |
| Date: | September 5, 2019 |
| Time: | 2:00 p.m. |
| Type of Proceeding: | Detention Hearing |

**NOTE:**
**If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as a hearing impairment that requires a sign-language interpreter or a wheelchair restriction that requires ramp access, please contact the Clerk's office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.**

                                                    JESSICA LYUBLANOVITS, CLERK OF COURT

September 3, 2019                            */s/ Teresa S. Milstead*
DATE                                          Deputy Clerk: Teresa S. Milstead

Copies to:
all parties
Probation/Pretrial
CSO Front Desk
Irma Coby
U.S. Marshal's