AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Florida

FILED __August 9, 2019__
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) __HTC__

| | |
|---|---|
| United States of America<br>v.<br>David C. Williams<br><br>Defendant | )<br>)  Case No. 3:19mj185<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     David C. Williams                                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
- Interstate travel/use of a facility in aid of racketeering and money laundering conspiracy
- Harboring illegal aliens for commercial advantage or private financial gain

Date: 8/9/2019

*Issuing officer's signature*

City and state:     Pensacola, Florida                    U.S. Magistrate Judge Hope T. Cannon
*Printed name and title*

### Return

This warrant was received on *(date)* 8/9/2019 , and the person was arrested on *(date)* 8/15/19
at *(city and state)* Pensacola FL.

Date: 8/22/19

*Arresting officer's signature*

Allen L. Upson  SDUSM
*Printed name and title*